WHEN RECORDED MAIL TO:

D. Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NATIONWIDE JUDGMENT RECOVERY INC. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), v. | CV 2:21-mc-00216 |
| TODD DISNER et al | **ABSTRACT OF JUDGMENT/ORDER** |
| DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on  February 25, 2021
in favor of   NATIONWIDE JUDGMENT RECOVERY INC.
whose address is  8452 Katella Ave, Stanton CA 90680
and against   LIUZHONG CHEN
whose last known address is   115 HABITAT TER, SAN FRANCISCO CA 94112
for $ 173,922.34   Principal, $ 14,550.68   Interest, $ 0   Costs,
and $ 0.00   Attorney Fees.

ATTESTED this   10   day of   March   , 2021
Judgment debtor's driver's license no. and state;_____(last 4 digits) ☒ Unknown.
Judgment debtor's Social Security number;_____(last 4 digits) ☐ Unknown.
☒ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

LIUZHONG CHEN

115 HABITAT TER

SAN FRANCISCO CA 94112



1149

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk
CHRIS SAWYER

***NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.***

G-18 (03/12)                                              ABSTRACT OF JUDGMENT/ORDER